## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMES GRANT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   Civil Case No.   04-326-JPG |
| | ) |
| RICK SUTTON, et al., | ) |
| | ) |
| Defendants. | ) |

### REPORT AND RECOMMENDATION

**FRAZIER, Magistrate Judge:**

Before the Court is a motion to dismiss filed by defendants Sutton, Turner, and Pierson (Doc. No. 19). Also submitted is a *sua sponte* recommendation that plaintiff's claim against defendant Swallers be dismissed without prejudice for lack of service of process.

**I.   Motion to Dismiss**

This motion was filed on February 7, 2007. Plaintiff's response was due within 30 days. When plaintiff failed to respond in a timely manner, he was ordered to respond by April 16, 2007, and was advised that failure to respond would be construed as an admission to the motion to dismiss (Doc. No. 31). A response is not on file. Mail sent to plaintiff at his address of record has been returned as undeliverable on two occasions. It appears that plaintiff moved without notifying the Clerk of his new address. Plaintiff is aware of his obligation to update address changes (Doc. Nos. 10, 16). *See* SDIL-LR 3.1(b)

Defendants Sutton, Turner, and Pierson challenge plaintiff's remaining claims pursuant to Rule 12(b)(6), arguing that the allegations fail to state claims for relief and that they are protected

from liability by the doctrine of qualified immunity.  Because these arguments are unopposed, they are deemed admitted.  SDIL-LR 7.1(c).

## II. Service on defendant C/O Swallers

The U.S. Marshals Service made reasonable efforts to locate and serve defendant Swallers; however, this defendant could not be located or served, due to insufficient information regarding his identity.  Rule 4(m) of the Federal Rules of Civil Procedure provides that, if service is not made within 120 days, the court shall dismiss without prejudice as to that defendant or direct that service be effected within a specified time, provided that if there is a showing of good cause, the time for service shall be extended for an appropriate period.  Fed. R. Civ. P. 4(m).  Because plaintiff has not provided his current address, there is no good reason to extend the service deadline.

IT IS RECOMMENDED that the motion to dismiss filed by defendants Sutton, Turner, and Pierson (Doc. No. 19) be GRANTED.  The claims against these defendants should be dismissed with prejudice.

IT IS FURTHER RECOMMENDED the plaintiff's claims against defendant C/O Swallers be DISMISSED without prejudice due to lack of service of process.

**DATED:   April 23, 2007  .**

*s/Philip M. Frazier*
**PHILIP M. FRAZIER**
**UNITED STATES MAGISTRATE JUDGE**