IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMES GRANT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Case No.   04-326-JPG |
| ) | |
| RICK SUTTON, et al., ) | |
| ) | |
| Defendants. ) | |

## REPORT AND RECOMMENDATION

**FRAZIER, Magistrate Judge:**

Before the Court is a motion to dismiss filed by defendants Evans and Flagg (Doc. No. 37). This motion was filed on April 10, 2007. Plaintiff's response was due within 30 days. A response is not on file. Mail sent to plaintiff at his address of record has been returned as undeliverable on five occasions. It appears that plaintiff moved without notifying the Clerk of his new address. Plaintiff is aware of his obligation to update address changes (Doc. Nos. 10, 16). *See* SDIL-LR 3.1(b).

Defendants Evans and Flagg challenge plaintiff's remaining claims pursuant to Rule 12(b)(6), arguing that the allegations fail to state claims for relief and that they are protected from liability by the doctrine of qualified immunity. Because these arguments are unopposed, they are deemed admitted. SDIL-LR 7.1(c).

IT IS RECOMMENDED that the motion to dismiss filed by defendants Evans and Flagg (Doc. No. 37) be GRANTED. The claims against these defendants should be dismissed with prejudice.

DATED:   May 17, 2007   .

*s/ Philip M. Frazier*
**PHILIP M. FRAZIER**
**UNITED STATES MAGISTRATE JUDGE**