UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JAMES GRANT,

    Plaintiff,

v.

RICK SUTTON, JULIUS FLAGG, MARK PIERSON, JOHN EVANS, LT. TURNER and C/O SWALERS.,

    Defendants.

Case No. 04-cv-326-JPG

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that plaintiff James Grant's claims in this case against defendants Rick Sutton, Julius Flagg, Mark Pierson, John Evans and Lt. Turner are dismissed with prejudice; and

IT IS FURTHER ORDERED AND ADJUDGED that plaintiff James Grant's claim in this case against defendant C/O Swallers is dismissed without prejudice.

**DATED:  June 25, 2007**　　　　　　　　　　**NORBERT JAWORSKI**

　　　　　　　　　　　　　　　　　　　　　　　　s/Brenda K. Lowe

**Approved:**　　s/ J. Phil Gilbert
　　　　　　　　**J. PHIL GILBERT**
　　　　　　　　**DISTRICT JUDGE**